UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHARON HARDEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 07 cv 5928 |
| ) | Judge Kennelly |
| WM. WRIGLEY Jr., Co., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Sharon Harden ("Plaintiff" or "Harden") on behalf of the Class (as defined by the Settlement Agreement ("Agreement")) and Wm. Wrigley Jr. Co.("Wrigley" or Defendant") having executed and submitted the Agreement to the Court, the Court having considered the pleadings and all submissions in connection with the proposed settlement; the parties having stipulated to entry of this Preliminary Approval of the Class Action Settlement; and the Court having concluded that it has jurisdiction to adjudicate the issues raised and to provide relief therefore; and all defined terms used in this Order having the same meaning as set forth in the Agreement;

It is hereby ordered as follows:

**JURISDICTION**

1. This Court has jurisdiction over the subject matter and all parties to this action, including the Settlement Class as defined below in Paragraph 2.

## PLAINTIFF AND CLASS

2. The Court orders the preliminary approval of this settlement as a class action and certifies the following Settlement Class consisting of: "All persons who were employed by Wrigley as a CSAM at any time during the period of October 19, 2004 through and including November 30, 2008." A Class Member will receive payments as set forth in the Agreement unless they opt-out of the class.

3. The Court orders the preliminary approval of the Agreement finding the Agreement is fair, reasonable, and adequate to the Settlement Class. *Mirafasihi v. Fleet Mortgage Corp.*, 450 F.3d 745 (7th Cir. 2006).

4. Treatment of this action as a class action is appropriate, proper and satisfies the criteria set forth in FRCP 23. The Settlement Class is appropriately certified as such pursuant to *Amchem Prods. v. Windsor*, 521 U.S. 591, 618, 620 (1997).

5 The Court has reviewed the papers and materials submitted in connection with the preliminary approval of the Agreement and the in consideration of the allegations and defenses of the respective parties measured against the terms of settlement; the complexity, length, and expenses of continued litigation; the amount of opposition to the settlement among affected parties; the presence of collusion in gaining settlement; the judgment of competent counsel; the stage of the proceedings, and the amount of discovery completed at the time of settlement, the Court believes that the Settlement Agreement is fair reasonable and adequate and one which the Settlement Class should be allowed to consider. *See Synfuel Techs., Inc. v. DHL Express (USA),*

*Inc.*, 463 F.3d 646, 653 (7th Cir. 2006); *General Elec. Capital Corp. v. Lease Resolution Corp.*, 128 F.3d 1074, 1082 (7th Cir. 1997); *Isby v. Bayh*, 75 F.3d 1191, 1199 (7th Cir. 1996).

6. The Court approves the class notice for mailing, substantially in the form and content as submitted to the Court and attached hereto. The Court finds that this is the best notice practicable to the Class under the circumstances and constitutes valid and sufficient notice to the class, complying with due process and FRCP 23. Mailing shall be accomplished no later than 7 days after entry of this order.

7. Any class member wishing to object to the settlement in this action must do so by sending their objection to the Clerk of the District Court and by serving papers and copies as set forth in the Agreement and in the Notice at section IV C. no later than December 15, 2008.

8. The provisions of this Order for the Preliminary Approval of this Class Action Settlement are entered into as a result of a compromise settlement of disputed claims and nothing contained herein shall be construed at anytime as an admission or finding, express or implied, of any fault, liability or wrongdoing by any party.

9. The Court sets the date for a Final Fairness Hearing on January 21, 2009 at 9:30 A.M. in Room 2103 of the Dirksen Federal Building, 219 S. Dearborn St. Chicago Illinois 60604.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED.**

Dated: November 6, 2008

Judge Matthew F. Kennelly

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle Street, Suite 1200
Chicago, IL  60603