# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SHARON HARDEN, on behalf of herself and all other Plaintiffs known and unknown, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07 CV 5928 |
| WM. WRIGLEY JR., CO., | ) ) | Judge Matthew F. Kennelly |
| Defendant. | ) ) | Magistrate Judge Nan Nolan |

## PLAINTIFF'S Amended MOTION FOR FINAL APPROVAL
## OF THE CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff, by her attorneys respectfully requests that this Court enter an order:

1. Finally certifying a class for settlement purposes only of all persons who were employed by Defendant as a Customer Financial Service Representative, Customer Support Account Manager, Financial Analyst – Customer Support, or Customer Support Specialist ("CSAMs") at any time during the period of October 19, 2004 through and including November 30, 2008 and;

2. Finally and permanently approving the Class Action Settlement Agreement entered into by the parties and dismissing this case on the merits with prejudice pursuant to FRCP 54;

3. Finding that the Notice to the Class was the Best Notice Practicable and fairly notified the Class of their rights in connection with the settlement;

4. Set a schedule for the parties to submit to the Court Plaintiffs' Counsels' request for an award of attorneys' fees in connection with the Class Action Settlement.

A Memorandum in Support is attached.

| | |
|---|---|
| **DATED: January 20, 2009** | **Counsel for Plaintiff** |
| | Neal C. Zazove |
| | Neal Zazove & Associates, P.C. |
| | 19 South LaSalle Street |
| | Suite 1200 |
| | Chicago, Illinois 60603 |
| | /s/Aron Robinson |
| | Aron David Robinson |
| | Law Office of Aron D. Robinson |
| | 19 South LaSalle Street |
| | Suite 1200 |
| | Chicago, Illinois 60603 |